■ JOSEPH P. JANKIEWICZ, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 55205.)—Judgment unanimously affirmed, with costs, upon the decision of the Court of Claims, De Iorio, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Moule, J. P., Dillon, Schnepp and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MICHAEL X. HURLEY, Defendant.—Motion for change of venue and for other relief denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Cayuga County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza*, 24 NY2d 342; *People v Hatch*, 46 AD2d 721; *People v Sekou*, 45 AD2d 982.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.

■ In the Matter of FRANK T. FLOOD, an Attorney, Respondent. OFFICE OF GRIEVANCE COMMITTEES, Petitioner.—Resignation accepted and name stricken from roll of attorneys. Present—Marsh, P. J., Moule, Dillon, Schnepp and Witmer, JJ. (Order entered Dec. 29, 1978.)

## (January 25, 1979)

■ STATE DIVISION OF HUMAN RIGHTS, Respondent, v GENERAL RAILWAY SIGNAL Co., Petitioner, I. U. E., LOCAL No. 323, Respondent.—Appeal dismissed, without costs, upon stipulation. (Proceeding pursuant to Executive Law, § 298.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.